# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:19-cv-0948 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to objections to the September 9, 2019 findings and recommendations. Plaintiff also seeks an extension of time to file an amended complaint. Although the court set no deadline for filing an amended complaint, plaintiff is granted thirty days to file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted thirty days from the date of this order to file objections to the September 9, 2019 findings and recommendations and an amended complaint.

Dated: October 2, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brow0948.36