UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>               Plaintiff,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>               Defendants. | No.  2: 19-cv-0948 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 8, 2020, in 2: 20-cv-154 JAM KJN P, the United States Postal Service returned mail addressed to plaintiff as undeliverable, with the notation, "Deceased."

Accordingly, the undersigned herein vacates plaintiff's pending motion for reconsideration (ECF No. 15) as well as the findings and recommendations recommending that this action be dismissed based on plaintiff's failure to pay the filing fee (ECF No. 16.)  Instead, the undersigned will later recommend that this action be dismissed based on plaintiff's failure to prosecute.

///

///

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (ECF No. 15) and the March 6, 2020 findings and recommendations (ECF No. 16) are vacated.

Dated:  May 21, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br948.vac