UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2: 19-cv-00948 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  The findings and recommendations served on plaintiff were returned undeliverable, marked "deceased."

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

The Court additionally notes that in addition to the June 22, 2020 findings and recommendations, an order served on plaintiff on May 21, 2020 was returned undeliverable, marked "deceased."  The inmate locator website for the California Department of Corrections and

Rehabilitation ("CDCR") no longer lists plaintiff as housed in CDCR custody.

In light of plaintiff's apparent death, it is impossible for him to prosecute this action. The Court has considered whether to appoint counsel to represent plaintiff's estate but finds there are no exceptional circumstances for doing so in this case. See 28 U.S.C. § 1915(c)(1); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990); Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 22, 2020, (ECF No. 20) are ADOPTED in full;

2. This action is DISMISSED without prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 31, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2